IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

NOS: 3:09 MJ 160
3:09 MJ 161
3:09 MJ 162
3:09 MJ 163
3:09 MJ 164
3:09 MJ 165
3:09 MC 121
3:09 MC 122
3:09 MC 123

IN RE: APPLICATIONS FOR SEIZURE )
WARRANTS AND APPLICATIONS FOR ) ORDER TO SEAL
ORDERS AND LIS PENDENS )

On the government's motion to seal in the above-captioned seizure warrant and lis pendens files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each of these files until further order of the Court.

Signed this the 10 day of July, 2009.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, NC
JUL 10 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC