RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

NAME: Amanda Fowler, Paralegal

MAILING ADDRESS: U.S. Attorney's Office
227 West Trade Street
Suite 1650

CITY, STATE, ZIP CODE: Charlotte, NC 28202

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

## LIS PENDENS

IN RE: REAL PROPERTY AT 3 Seabluff, Newport Beach, California 92660, further described as Parcel Number 458-722-51, N TR 15478 BLK Lot 35 U.

~~No. 5:09MJ~~

3:09mc121

```
 1  EDWARD R. RYAN
    Acting United States Attorney
 2
    BENJAMIN BAIN-CREED
 3  Special Assistant United States Attorney
    Florida Bar No. 0021436
 4
        United States Attorney's Office
 5      Western District of North Carolina
        Carillon Building, Suite 1650
 6      227 West Trade Street
        Charlotte, North Carolina 28202
 7      Telephone:  (704) 344-6222
        Facsimile:  (704) 344-6629
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE WESTERN DISTRICT OF NORTH CAROLINA
12
                         STATESVILLE DIVISION
13

14  IN RE: REAL PROPERTY AT 3       )
    Seabluff, Newport Beach,        )   3:09mc121
15  California 92660, further       )   ~~5:09MJ~~
    described as Parcel Number 458- )
16  722-51, N TR 15478 BLK Lot 35   )
    U.                              )   ORDER AND LIS PENDENS AS TO
17                                  )   REAL PROPERTY LOCATED AT 3
    _____)   SEABLUFF, NEWPORT BEACH,
                                    )   CALIFORNIA.
18  FILE IN GRANTOR INDEX UNDER:    )
                                    )
19  Mitchell Kleinman; Tatiana      )
    Kleinman, 2008 Kleinman Family  )
20  Trust, Kleinman Family Trust    )
                                    )
21

22

23      WHEREAS, the United States of America, by and through

24  Special Agent James R. Meade of the Federal Bureau of

25  Investigation, has presented an affidavit to the Court alleging

26  that the above-captioned property is proceeds of wire fraud

27  conspiracy or property involved in money laundering conspiracy,

28  such fraud or money laundering conspiracy committed in violation

    of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or
```

involved in property, or is substitute property as set forth in 21 U.S.C. § 853(p); and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property is proceeds of wire fraud conspiracy or property involved in money laundering conspiracy, such fraud or money laundering conspiracy committed in violation of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved in property, or is substitute property as set forth in 21 U.S.C. § 853(p); and,

WHEREAS, upon this finding of probable cause, the property may be subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and/or 982, 28 U.S.C. § 2461(c), and/or 21 U.S.C. § 853(p), and the Government is entitled to record a lis pendens to give public notice of the Government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property.

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should

refer to the docket of this Court or contact the United States Attorney's Office identified above.

This the __10__ day of July, 2009.

                                              _____
                                              Honorable David S. Cayer
                                              UNITED STATES MAGISTRATE JUDGE

TO THE RECORDER OF THIS INSTRUMENT: PLEASE MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.