UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09MC121

| | |
|---|---|
| IN RE: REAL PROPERTY AT ) <br> 3 SEABLUFF, NEWPORT BEACH, ) <br> CALIFORNIA 92660, FURTHER ) <br> DESCRIBED AS PARCEL NUMBER ) <br> 458-722-51, N TR 15478 BLK LOT 35-U. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on the Government's "Motion to Unseal Case" (document #5) filed February 8, 2010, seeking an Order directing that the case 3:09MC121 be unsealed.

**IT IS HEREBY ORDERED** that the case 3:09MC121 be immediately unsealed.

**SO ORDERED.**

Signed: February 9, 2010

David S. Cayer
United States Magistrate Judge