FILED
CHARLOTTE, NC

FEB 1 0 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

1   EDWARD R. RYAN
   United States Attorney

2

   BENJAMIN BAIN-CREED
3   Special Assistant United States Attorney
   Florida Bar No. 0021436

4

5       United States Attorneys Office
       Western District of North Carolina
       Carillon Building, Suite 1650
6       227 West Trade Street
       Charlotte, North Carolina 28202
7       Telephone:  (704) 344-6222
       Facsimile:  (704) 344-6629

8

   Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10            UNITED STATES DISTRICT COURT

11       FOR THE WESTERN DISTRICT OF NORTH CAROLINA

12   IN RE: REAL PROPERTY AT 3     )
   Seabluff, Newport Beach,      )
13   California 92660, further     )
   described as Parcel Number 458-)    3:09MC121
14   722-51, N TR 15478 BLK Lot 35 )
   U.                           )    ORDER RELEASING ORDER AND LIS
15   _____ )   PENDENS AS TO REAL PROPERTY
                                       )   LOCATED AT 3 SEABLUFF, NEWPORT
16   **FILE IN GRANTOR INDEX UNDER:**   )   BEACH, CALIFORNIA.
                                       )
17   **Mitchell Kleinman; Tatiana**    )
   **Kleinman, 2008 Kleinman Family** )
18   **Trust, Kleinman Family Trust**   )
                                       )

19

20

21       WHEREAS, the United States of America, by and through

22   Special Agent James R. Meade of the Federal Bureau of

23   Investigation, presented an affidavit to the Court alleging that

24   the above-captioned property is proceeds of wire fraud conspiracy

25   or property involved in money laundering conspiracy, such fraud

26   or money laundering conspiracy committed in violation of 18

27   U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved

28   in property, or is substitute property as set forth in 21 U.S.C.
   § 853(p);

WHEREAS, the Court, having reviewed the affidavit, issued an Order and Lis Pendens against the above-captioned property;

WHEREAS, the United States has advised the Court that a sale of the above-captioned property is pending and Mitchell Keith Kleinman intends to deliver and the United States intends to forfeit $203,573.65 in funds generated by the sale as a substitute res for the above-captioned property; and

WHEREAS, the United States has advised the Court that release of the Order and Lis Pendens may enable the prospective buyer of the property to obtain financing and deliver to Mitchell Keith Kleinman the $203,573.65 in funds that the United States has agreed to accept as a substitute res for the above-captioned property;

THEREFORE, the United States is directed forthwith to file this Order Releasing Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER RELEASING ORDER AND LIS PENDENS TAKE NOTICE that the Order and Lis Pendens filed at Orange County Clerk-Recorder Instrument Number 2009000375907 is hereby released.

This the 9 day of February, 2010.

_____
Honorable David S. Cayer
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: PLEASE MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**