EDWARD R. RYAN
United States Attorney

BENJAMIN BAIN-CREED
Special Assistant United States Attorney
Florida Bar No. 0021436

    United States Attorneys Office
    Western District of North Carolina
    Carillon Building, Suite 1650
    227 West Trade Street
    Charlotte, North Carolina 28202
    Telephone: (704) 344-6222
    Facsimile: (704) 344-6629

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CHARLOTTE, NC
FEB 1 0 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: REAL PROPERTY AT 3 Seabluff, Newport Beach, California 92660, further described as Parcel Number 458-722-51, N TR 15478 BLK Lot 35 U. <br><br>**FILE IN GRANTOR INDEX UNDER:** <br><br>**Mitchell Kleinman; Tatiana Kleinman, 2008 Kleinman Family Trust, Kleinman Family Trust** | 3:09MC121 <br><br> ORDER RELEASING ORDER AND LIS PENDENS AS TO REAL PROPERTY LOCATED AT 3 SEABLUFF, NEWPORT BEACH, CALIFORNIA. |

WHEREAS, the United States of America, by and through Special Agent James R. Meade of the Federal Bureau of Investigation, presented an affidavit to the Court alleging that the above-captioned property is proceeds of wire fraud conspiracy or property involved in money laundering conspiracy, such fraud or money laundering conspiracy committed in violation of 18 U.S.C. §§ 371 or 1956, is traceable to such proceeds or involved in property, or is substitute property as set forth in 21 U.S.C. § 853(p);

WHEREAS, the Court, having reviewed the affidavit, issued an Order and Lis Pendens against the above-captioned property;

WHEREAS, the United States has advised the Court that a sale of the above-captioned property is pending and Mitchell Keith Kleinman intends to deliver and the United States intends to forfeit $203,573.65 in funds generated by the sale as a substitute res for the above-captioned property; and

WHEREAS, the United States has advised the Court that release of the Order and Lis Pendens may enable the prospective buyer of the property to obtain financing and deliver to Mitchell Keith Kleinman the $203,573.65 in funds that the United States has agreed to accept as a substitute res for the above-captioned property;

THEREFORE, the United States is directed forthwith to file this Order Releasing Order and Lis Pendens with the appropriate state or local public depository; and

ALL WHO READ THIS ORDER RELEASING ORDER AND LIS PENDENS TAKE NOTICE that the Order and Lis Pendens filed at Orange County Clerk-Recorder Instrument Number 2009000375907 is hereby released.

This the 9 day of February, 2010.

_____
Honorable David S. Cayer
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: PLEASE MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**